# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RANGEL, | Case No. SA CV 17-01233-RAO |
| Plaintiff, | |
| v. | **JUDGMENT OF REMAND** |
| NANCY A. BERRYHILL, Deputy Commissioner of Operations of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: May 14, 2018

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE